**No. 44711.**—Protests 31843–K, etc., of Agricultural Products Co. et al. (Boston).

Opinion by EVANS, J.   In accordance with stipulation of counsel and on the authority of *Peat Import Corp.* v. *United States* (4 Cust. Ct. 181, C. D. 319) the claim for free entry under paragraph 1685 was sustained.